■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK GRAHAM, Also Known as FRANK A. GRAHAM, Appellant. [843 NYS2d 35]—

N. Byrne, J.), rendered September 29, 2003, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, unanimously affirmed.

In view of our affirmance of defendant's New York County conviction, there is no basis for reversal. Concur—Andrias, J.P., Sullivan, Catterson, McGuire and Malone, JJ.